CONN LAW, PC
ELLIOT CONN Bar No. 279920
COLIN HECTOR Bar No. 281795
Colin Hector
100 Bush Street, Suite 1580
San Francisco, CA 94104
T: (415) 417-2780
elliot@connlawpc.com
colin@connlawpc.com
eservice@connlawpc.com

SCHLANGER LAW GROUP, LLP
DANIEL A. SCHLANGER (*Pro Hac Vice Forthcoming*)
150 Allens Creek Road, Suite 240
Rochester, NY 14618
T: 212-500-6114
dschlanger@consumerprotection.net

*Attorneys for Plaintiff Betsyanne Gosselin*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

BETSYANNE GOSSELIN,

      Plaintiff,

v.

BLOCK, INC. d/b/a CashApp; and
PAYPAL HOLDINGS, INC.;

      Defendants.

Case No. 3:26-cv-04913-CRB

**STIPULATION TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL ARBITRATION** : ORDER

1

STIP TO EXTEND BRIEFING ON DEF'S MOT. TO COMPEL ARBITRATION, NO. 3:26-cv-04913-CRB

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:**

Pursuant to L.R. 7-12, the undersigned counsel of record for Plaintiff Betsyanne Gosselin and Defendant PayPal Holdings, Inc. ("PayPal") (collectively, "Parties") submit this stipulation requesting that the Court extend the deadlines for Plaintiff's response to, and PayPal's reply in support of, PayPal's pending Motion to Compel Arbitration (ECF No. 18). The Parties stipulate as follows:

1. PayPal filed a Motion to Compel Arbitration on June 15, 2026. The text of the ECF Notice for the Motion to Compel Arbitration (ECF No. 18) specifies a deadline of June 29, 2026 for Plaintiff's response and a deadline of July 6, 2026 for PayPal's reply brief.

2. The Court subsequently set a hearing on the motion for August 28, 2026 at 10:00 a.m. (ECF No. 25).

3. The Parties believe that there is good cause for extending the briefing schedule, as the Parties are engaged in good faith negotiations that they believe may obviate the need for the motion. Specifically, Plaintiff is considering the possibility of stipulating to arbitration, and the Parties are exploring the possibility of an early resolution through settlement.

4. The Parties therefore respectfully ask the Court to extend the deadlines for the response and reply concerning PayPal's motion to compel arbitration.

5. Subject to the Court's approval, the Parties stipulate and agree as follows:

   a. Plaintiff's  response to PayPal's Motion to Compel Arbitration shall be due July 13, 2026;

   b. PayPal's reply in support of the Motion to Compel Arbitration shall be due July 27, 2026; and

   c. The Motion to Compel Arbitration shall remain on calendar for August 28, 2026 at 10:00 a.m., or another date convenient to the Court.

IT IS SO STIPULATED

Dated: June 29, 2026                                    **CONN LAW, PC**

                                                       By: _/s/ Colin Hector_
                                                       Colin Hector*
                                                       *Attorneys for Plaintiff*
                                                       BETSYANNE GOSSELIN

                                                       \* Pursuant to L.R. 5-1(i)(3), I attest that each of
                                                       the other Signatories have concurred in the filing
                                                       of this document.

Dated: June 29, 2026                                    **FOLEY & LARDNER LLP**

                                                       By: _/s/ John J. Atallah_
                                                       John J. Atallah
                                                       *Attorney for Defendant*
                                                       PAYPAL HOLDINGS, INC.

**~~PROPOSED~~ ORDER**

Pursuant to the above Stipulation, Plaintiff's response and Defendant's reply deadlines concerning Defendant PayPal Holdings, Inc.'s pending Motion to Compel Arbitration (ECF No. 18) are hereby extended as follows:

    a.  Plaintiff's response to the Motion to Compel Arbitration shall be due July 13, 2026;

    b.  PayPal's reply in support of the Motion to Compel Arbitration shall be due July 27, 2026; and

    c.  The Motion to Compel Arbitration shall remain on calendar for August 28, 2026 at 10:00 a.m., or another date convenient to the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: _____June 29_____, 2026

_____
HON. CHARLES BREYER
United States Judge