CONN LAW, PC
ELLIOT CONN Bar No. 279920
COLIN HECTOR Bar No. 281795
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
elliot@connlawpc.com

SCHLANGER LAW GROUP, LLP
DANIEL A. SCHLANGER (Pro Hac Vice Forthcoming)
150 Allens Creek Road, Suite 240
Rochester, NY 14618
Telephone: 212-500-6114
dschlanger@consumerprotection.net

Attorneys for Plaintiff Betsyanne Gosselin

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BETSYANNE GOSSELIN,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>Defendant. | | Case No. 3:26-cv-04913-CRB<br><br>**STIPULATION TO STAY CASE PENDING ARBITRATION AND ~~[PROPOSED]~~ ORDER** |

Plaintiff Betsyanne Gosselin and Defendant PayPal Holdings, Inc. (collectively, the "Parties"), by and through their respective attorneys of record, jointly stipulate and agree as follows:

1. Plaintiff will submit all her claims against PayPal in this action to binding arbitration before the American Arbitration Association ("AAA"), pursuant to the FAA, California Code of Civil Procedure Sec. 1280 et seq. and the AAA Consumer Arbitration Rules and Mediation Procedures.

2. Plaintiff shall initiate the arbitration within thirty (30) days of the entry of the attached proposed order; and

3. This action, as between Plaintiff and PayPal, shall be stayed pending the completion of the binding arbitration proceeding, pursuant to 9 U.S.C. § 3 and *Smith v. Spizziri*, 601 U.S. 472, 475–76 (2024), and all deadlines as between Plaintiff and PayPal in this case shall be vacated.

DATED: July 21, 2026

CONN LAW, PC
SCHLANGER LAW GROUP, LLP

By: *<u>/s/ Colin Hector</u>*
Elliot Conn
Colin Hector*
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
elliot@connlawpc.com
colin@connlawpc.com

Daniel A. Schlanger
150 Allens Creek Road, Suite 240
Rochester, NY 14618
Telephone: 212-500-6114
dschlanger@consumerprotection.net

*Attorneys for Plaintiff Betsyanne Gosselin*

* Pursuant to Civil L.R. 5-1(i)(3), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

FOLEY & LARDNER LLP

By: *<u>/s/ John J. Atallah</u>*
John J. Atallah
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 972-4500
Fax: (213) 486-0065
jatallah@foley.com

*Attorneys for Defendant PayPal Holdings, Inc.*

**~~[PROPOSED]~~ ORDER**

IT IS SO ORDERED.

DATED this 22nd day of July, 2026.

HON. CHARLES BREYER
UNITED STATES DISTRICT JUDGE

Presented by:

CONN LAW, PC
Elliot Conn
Colin Hector
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
elliot@connlawpc.com
colin@connlawpc.com
*Attorneys for Plaintiff Betsyanne Gosselin*